IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

HEIDI M. MORA,

Petitioner-Appellant,

v.                                                                                  No. 28,831

RAFAEL MORA III,

Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
John F. Davis, District Judge

Fuentes & Associates PC
Robert R. Fuentes
Rio Rancho, NM

for Appellant

Tamara Couture
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**CELIA FOY CASTILLO, Judge**